IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| ADVANTACLEAN SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> **ALUDO ENTERPRISES, INC.** <br> and **PAUL ALUDO** <br><br> Defendants. | CIVIL ACTION <br><br> No. 3:15-cv-224 |

## JUDGMENT

Having considered Plaintiff AdvantaClean Systems, Inc.'s ("AdvantaClean") Motion for Default Judgment against Defendant Aludo Enterprises, Inc. ("AEI") for failure to answer or otherwise respond to Plaintiff's Complaint it is hereby **ORDERED** that Plaintiff's Motion for Default Judgment is **GRANTED** and a monetary judgment against Defendant Aludo Enterprises, Inc. in the amount of $119,873.12 is granted in favor of Plaintiff.

Signed: July 31, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court

{00458698-1 }