**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:15-cv-00224-FDW-DSC**

| | | |
|---|---|---|
| **ADVANTACLEAN SYSTEMS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **ALUDO ENTERPRISES, INC., and PAUL ALUDO;** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

     **THIS MATTER** is before the Court *sua sponte* concerning the status of this case. On July 31, 2015, Default Judgment was entered against the corporate Defendant in this matter. The individual Defendant, Mr. Aludo, has failed to answer Plaintiff's Complaint. Despite this, Plaintiff has not moved for default against the individual Defendant. On December 2, 2015, the Court *sua sponte* ordered this action Stayed, pending resolution of the individual Defendant's bankruptcy that was represented to the Court have been filed in another district. No further communication from counsel has been forth coming.

     IT IS THEREFORE ORDERED that the parties shall file a status report as to the status of the claims and parties that remain in this case. Such status report shall be filed no later than **Thursday, August 25, 2016**.

     IT IS, FURTHER, ORDERED that additional status reports covering the same shall be filed every sixty days thereafter until further order of the Court.

     **IT IS SO ORDERED**.

Signed: August 18, 2016

Frank D. Whitney
Chief United States District Judge